UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eduardo GALAN BARRIOS,<br><br>                              Petitioner,<br>v.<br><br>Pamela BONDI, et al.,<br><br>                             Respondents. | Case No.: 26-cv-0751-AGS-DEB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

     Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 2, at 2.) The Court agrees. Accordingly, the habeas petition is **GRANTED**.

     Respondents must provide petitioner with a bond hearing before an immigration judge by **February 27, 2026**.

Dated: February 13, 2026

_____
Hon. Andrew G. Schopler
United States District Judge